MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SUNITHA GUNTIPALLY,<br>VENKAT GUNTIPALLY,<br>PRATAP KONDAMOORI, and<br>SANDHYA RAMIREDDI,<br><br>    Defendants. | No. 14-MJ-71358<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESETTING PRE-INDICTMENT STATUS, AND EXCLUDING TIME, FROM MARCH 11 AND MARCH 20, TO JUNE 19, 2015 |

The defendants, Sunitha Guntipally, represented by Paul Meltzer, Venkat Guntipally, represented by Peter Leeming, Pratap Kondamorri, represented by Gerrick Lew, and Sandhya Ramireddi, represented by Varell Fuller, and the government, represented by Jeff Schenk, Assistant United States Attorney, respectfully request that the March 11, 2015 status hearings for Sunitha Guntipally and Venkat

ORDER EXCLUDING TIME

Guntipally, and the March 20, 2015 status hearings for Pratap Kondamoori and Sandhya Ramireddi, all be rescheduled to June 19, 2015 at 1:30 p.m. before duty Magistrate Judge Nathanael Cousins, and that an order be issued excluding time in which to indict under the Speedy Trial Act from March 11, 2015 and March 20, 2015, to and including June 19, 2015.

The defendants in this case were arrested pursuant to a complaint filed on October 27, 2014. The grand jury has not yet returned an indictment. Counsel for the defendant and the government represent that they have begun the process of providing and reviewing discovery, including the possible shipment of many boxes of discovery to a Department of Justice copy facility located in South Carolina for scanning and optical character recognition application, as well as discussing potential grand jury charges and dispositions of the case, which is complex and involves a large number of witnesses and documents. The parties request an exclusion of time in which to continue this process.

DATED: March 2, 2015

Respectfully submitted,
MELINDA HAAG
United States Attorney

/s/
JEFF SCHENK
Assistant United States Attorney

/s/
PAUL MELTZER
Attorney for Sunitha Guntipally

/s/
PETER LEEMING
Attorney for Venkat Guntipally

/s/
Garrick Lew
Attorney for Pratap Kondamoori

ORDER EXCLUDING TIME

/s/ _____
Varell Fuller
Attorney for Sandhya Ramireddi

## ORDER

By stipulation of the parties, with the consent of the defendants, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearings in this case for Sunitha Guntipally and Venkat Guntipally be rescheduled from March 11, 2015 to June 19, 2015 at 1:30 P.M. before the Honorable Magistrate Judge Nathanael Cousins, and the status hearings in this case for Pratap Kondamoori and Sandhya Ramireddi be rescheduled from March 20, 2015 to June 19, 2015 at 1:30 P.M. before the Honorable Magistrate Judge Nathanael Cousins.

The Court further finds that failing to exclude the time in which to indict the case from and including March 11, 2015, to and including June 19, 2015, on behalf of Sunitha Guntipally and Venkat Guntipally, and from and including March 20, 2015, to and including June 19, 2015, on behalf of Pratap Kondamoori and Sandhya Ramireddi, would unreasonably deny each defendant and the government continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and because the defendant's arrest occurred at a time such that it is unreasonable to expect return and filing of the indictment within the period set forth in 18 U.S.C. § 3161(b) and the facts upon which the grand jury must base its determination are complex. 18 U.S.C. § 3161(h)(7)(B)(iii) and (iv). The Court further finds that the ends of justice served by excluding this period of time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in an indictment returned according to the time period set forth in 18 U.S.C. § 3161(b).

ORDER EXCLUDING TIME

IT IS HEREBY ORDERED that the time from and including March 11, 2015, on behalf of Sunitha Guntipally and Venkat Guntipally, and March 20, 2015, on behalf of Pratap Kondamoori and Sandhya Ramireddi, to and including June 19, 2015 for each defendant shall be excluded from computation under the Speedy Trial Act

DATED: 3/2/15

_____
HON. HOWARD R. LLOYD
United States Magistrate Judge

ORDER EXCLUDING TIME